UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES LONG and JUDY LONG,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC. ONE WEST BANK, FSB,
INDYMAC MORTGAGE SERVICES, INDYMAC
BANK MBS, DUETSCHE BANK NATIONAL
TRUST, and JOHN DOE 1 TO 1000,

    Defendants.

                                      /

Case No. 11-12800
Honorable Denise Page Hood

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date March 30, 2012, this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Defendants and against Plaintiffs.

Dated at Detroit, Michigan this 30th day of March, 2012.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                              BY: s/LaShawn R. Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE